IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SIONE LATU KAVA, | ) | CIVIL NO. 20-00385 JAO-WRP |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING THE |
| | ) | MAGISTRATE JUDGE'S FINDINGS |
| vs. | ) | AND RECOMMENDATION TO |
| | ) | GRANT THE PETITION FOR 406(B) |
| KILOLO KIJAKAZI, | ) | FEES |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION TO GRANT THE PETITION FOR 406(B) FEES

Findings and Recommendation having been filed and served on all parties on October 12, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:   Honolulu, Hawaiʻi, October 27, 2022.



Jill A. Otake
United States District Judge